AO 455 (Rev. 10/95) Waiver of Indictment



FILED

JUL 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
―oOo―

UNITED STATES OF AMERICA

v.

CHRISTOPHER LANCE STOVALL

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:10-cr-00271 OWW

I, <u>CHRISTOPHER LANCE STOVALL</u>, the above named defendant, who is accused of Mail Fraud and Aiding and Abetting, in violation of Title 18, United States Code, sections 1341 and 2, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>July 2, 2010</u>, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CHRISTOPHER LANCE STOVALL
*Defendant*

_____
CARL M. FALLER
*Counsel for Defendant*

Before _____  7-1-10

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE