1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00271 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING SENTENCING |
| | ) HEARING |
| v. | ) Old Date: Dec. 6, 2010 |
| | ) Old Time: 1:30 p.m. |
| CHRISTOPHER LANCE STOVALL, | ) **New Date: April 25, 2011** |
| | ) **New Time: 1:30 p.m.** |
| Defendant. | ) **Court:    Three** |
| | )   **(Hon. Oliver W. Wanger)** |

   Defendant Christopher Lance Stovall pleaded guilty on July 1, 2010 to the Information filed in this case. Sentencing is currently set for Dec. 6, 2010, at 1:30 p.m.

   To allow additional time for Mr. Stovall to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from Dec. 6, 2010 to April 25, 2011, at 1:30 p.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-

Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: Dec. 1, 2010    BENJAMIN B. WAGNER
                       United States Attorney

                   By: /s/ Kirk E. Sherriff
                       STANLEY A. BOONE
                       KIRK E. SHERRIFF
                       Assistant U.S. Attorneys

Dated: Dec. 1, 2010    /s/ Carl M. Faller
                       (as authorized on 11/30/10)
                       CARL M. FALLER

                       Attorney for Defendant
                       CHRISTOPHER LANCE STOVALL

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Dec. 6, 2010 to April 25, 2011, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   December 1, 2010**        /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE