BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:10-cr-00271 AWI |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Old Date: April 29, 2013<br>Old Time: 10:00 a.m. |
| CHRISTOPHER LANCE STOVALL, | **New Date: March 24, 2014**<br>**New Time: 10:00 a.m.**<br>**Court: Two**<br>**(Hon. Anthony W. Ishii)** |
| Defendant. | |

Defendant Christopher Lance Stovall pleaded guilty on July 1, 2010 to the Information filed in this case. Sentencing is currently set for April 29, 2013, at 10:00 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on January 28, 2014. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. David

---
Stipulation & [Proposed] Order Continuing Sentencing Hearing

1 | Crisp, et al..

To allow additional time for Mr. Stovall to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 29, 2013 to March 24, 2014, at 10:00 a.m., which is after the anticipated completion of the trial in U.S. v. David Crisp, et al., or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: April 19, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys

Dated: April 19, 2013  /s/ Salvatore Sciandra
(authorized on 04/19/13)
SALVATORE SCIANDRA

Attorney for Defendant
CHRISTOPHER LANCE STOVALL

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 29, 2013 to March 24, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated: April 22, 2013

_____
SENIOR DISTRICT JUDGE