BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER LANCE STOVALL, <br><br> Defendant. | CASE NO. 1:10-CR-00271 AWI <br><br> STIPULATION & ORDER CONTINUING SENTENCING HEARING <br><br> Old Sentencing Date: March 24, 2014 <br><br> New Sentencing Date: June 2, 2014 <br> Time: 10:00 a.m. <br> Court: Two <br> (Hon. Anthony W. Ishii) |

      Defendant Christopher Lance Stovall pleaded guilty on July 1, 2010 to the Information filed in this case. Sentencing is currently set for March 24, 2014, at 10:00 a.m. This case is related to the pending case U.S. v. Julie Farmer (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on April 8, 2014 before Judge O'Neill. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. Julie Farmer.

      To allow additional time for Mr. Stovall to fulfill his obligations under the plea agreement in this case, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from March 24, 2014 to June 2, 2014, or to the earliest date thereafter that is convenient to

1

the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Dated:  March 6, 2014

                                                    Respectfully Submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

/s/ Salvatore Sciandra
(authorized on 3/6/14)                              /s/ Kirk E. Sherriff
SALVATORE SCIANDRA                                  KIRK E. SHERRIFF
Attorney for defendant                              HENRY Z. CARBAJAL III
Christopher Lance Stovall                           CHRISTOPHER D. BAKER
                                                    Assistant United States Attorneys

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Christopher Stovall is continued to June 2, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   March 7, 2014                              _____
                                                    SENIOR  DISTRICT  JUDGE

2